### September 10, 2008

| 28966 | State v. Vaughan | Vacated and Remanded |
| 28291 | Yoshimi Hata v. Muñoz | Affirmed |

### September 12, 2008

| 27762 | Cunha, In re Will of | Affirmed |
| 28143 | Harrell v. MRC, Inc. | Vacated and Remanded |

### September 15, 2008

| 28533 | Dural v. State | Affirmed |
| 28849 | State v. Miller | Affirmed |
| 28776 | State v. Mortensen | Affirmed |
| 28921 | State v. Tangelder | Affirmed |